### EDWARD A. STIMPSON v. JARED FREEMAN.

*Contract—Time.*

One who contracts to saw all logs furnished within a fixed time up to a certain amount is not bound to saw any not furnished according to the contract, if he is not in default or responsible for the delay in furnishing them.

Error to Saginaw.     Submitted and decided Jan. 30.

ASSUMPSIT.     Plaintiff brings error.

*Albert Trask* for plaintiff in error.

*Dan P. Foote* for defendant in error.     If a contract fixes the time for performance, the question of "reasonable time" cannot be raised, *Abell v. Munson*, 18 Mich., 3Q6.

PER CURIAM.     When a contract is made to saw such logs as are furnished for that purpose up to a certain amount, provided they are furnished by a fixed time, the party promising is not bound to saw any logs not furnished according to the contract, if he has not been

in default, or in any way responsible for the delay of the other party.

The case is within the principle of *Fredenburg v. Turner*, 37 Mich., 402.

Judgment affirmed with costs.